Form defntc

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 08−43097
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Jeffrey Stewart Newton
    PO Box 1413
    Birmingham, MI 48012

Social Security No.:
    xxx−xx−1526

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

In order for this case to be administered, it is necessary that the following item(s) be filed as described below:

Chapter 13 Plan due 02/27/2008
Cred. Counsel Cert. Due due 02/27/2008
Schedules A−J due 02/27/2008
Summary of Schedules due 02/27/2008
Statistical Summary due 02/27/2008
Stmt. of Fin. Affairs due 02/27/2008

Dated: 2/12/08

        BY THE COURT

        Katherine B. Gullo , Clerk of Court
        U.S. Bankruptcy Court