UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:
 Jeffrey Stewart Newton

Case No.  08-43097-swr
Chapter   13

Debtor(s)
_____/

## ORDER DISMISSING CASE FOR FAILURE TO FILE DOCUMENTS

The Court is advised that the debtor(s) have failed to file documents required under F.R.Bankr.P. 1007.  After further review, it has been determined that the missing documents [ **Certificate of Credit Counseling** ] **,**  have not been timely submitted nor has a timely request for an extension of time been filed.  NOW, THEREFORE,

**IT IS ORDERED** that pursuant to L.B.R. 1007-1(d) (E.D.M.), the above entitled case is **DISMISSED**.

**Signed on March 18, 2008**

                                                                /s/ Steven Rhodes
                                                              Steven Rhodes
                                                              Chief Bankruptcy Judge