Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **08−43097−swr**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Jeffrey Stewart Newton
    PO Box 1413
    Birmingham, MI 48012

Social Security No.:
    xxx−xx−1526

Employer's Tax I.D. No.:

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that on **3/18/08** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 3/18/08

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT